UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MICHAEL MANNING,

Plaintiff,

Vs.  Case No.: 11-60585-CIV

BLUEHSORE RECOVERY SYSTEMS, LLC,

Defendant

_____/

FILED by ___ D.C.

APR 1 5 2011

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – FT. LAUD.

## ANSWER

Now comes Waylon D. Hinson, Pro Se, in response to the complaint filed against Blueshore Recovery, LLC as sole member, and responds as follows:

### COMPLAINT

1. Defendant denies any violation of the Fair Debt Collection Practices Act and that all Blueshore activities are conducted in good faith based on reasonable information provided by the company that hired us to perform collection activities.

### JURISDICTION

2. Defendant leaves plaintiff to his proofs.

3. Defendant denies any violation of Fair Debt Collection Act and leaves Plaintiff to his proofs.

4. Defendant agrees.

## PARTIES

5. Defendant agrees.

6. Defendant agrees.

7. Defendant agrees.

8. Defendant agrees.

9. Defendant agrees.

## ALLEGATIONS

10. Defendant leaves Plaintiff to his proofs.

11. Defendant leaves Plaintiff to his proofs.

12. Defendant leaves Plaintiff to his proofs.

13. Defendant leaves plaintiff to his proofs.

14. Defendant leaves Plaintiff to his proofs.

15. Defendant denies Plaintiffs allegation that they were not authorized to attempt to collect the debt.

## SUMMARY

16. Defendant denies allegations of improper collection activity and violations of the Fair Debt Collection Act.

## TRIAL BY JURY

17. Defendant agrees.

## CAUSES OF ACTION
## COUNT I

18. Defendant leaves Plaintiff to his proofs.

19. Defendant denies any omission or violation of the Fair Debt Collection Act and leaves Plaintiff to his proofs.

20. Defendant leaves Plaintiff to his proofs and denies Plaintiffs entitlement to attorney cost and fees.

## COUNT 2

21. Defendant leaves plaintiff to his proofs.

22. Defendant denies any improper or illegal collection activity and leaves plaintiff to his proofs.

## COUNTERCLAIM

1. Defendant files this counterclaim against Plaintiff for filing a frivolous law suit.

2. Plaintiff made no attempt to contact Defendant to request verification or authentication of the collection claim.

3. Plaintiff did not provide any documentation to verify that he had paid his medical bill in full.

4. Plaintiff went directly to an attorney and filed a suit in an attempt to obtain money under false pretense without taking steps to avoid litigation or to take steps to prove payment in full had been made on his account and avoid collection activity.

Wherefore, Defendant seeks to dismiss Plaintiff claims of action and seeks an award of judgment for costs and fees.

Dated: April 10, 2011							Respectfully Submitted,

_____

Waylon D. Hinson, Pro Se

Blueshore Recovery Systems, LLC

9101 Southern Pines Blvd

Charlotte, NC 28273