UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MICHAEL MANNING,

Plaintiff,

vs.                                                      Case No.: 11-60585-CIV-MOORE/SIMONTON

BLUESHORE RECOVERY
SYSTEMS, LLC,

Defendant.
_____/

**MOTION TO DISMISS DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT**

Plaintiff, MICHAEL MANNING, by and through his undersigned counsel, hereby moves this Court to dismiss Defendant's Response to Plaintiff's Complaint, and further states in support of same as follows:

1. Defendant, BLUESHORE RECOVERY SYSTEMS, LLC, is a corporation.

2. The Response to Plaintiff's Complaint, filed on April 15, 2011, is signed by Defendant, Waylon D Hinson, who is apparently attempting to appear *pro se*. (DE 8).

**MEMORANDUM OF LAW IN
SUPPORT OF PLAINTIFF'S MOTION TO DISMISS**

3. "The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel." *Palazzo v. Gulf Oil Corporation*, 764 F.2d 1381, 1385 (11th Cir. 1985); citing *Commercial and Railroad Bank of Vicksburg v. Slocomb,* 39 U.S. (14 Pet.) 60; *In re K.M.A., Inc.,* 652 F.2d 398 (5th Cir. Unit B 1981); *Southwest Exp. Co. v. I.C.C.,* 670 F.2d 53 (5th Cir.1982).

1

4. Furthermore, pursuant to 28 U.S.C. § 1654, corporations must be represented by counsel. "Corporations and partnerships, both of which are fictional legal persons, obviously cannot appear for themselves personally. With regard to these two types of business associations, the long standing and consistent court interpretation of § 1654 is that they must be represented by licensed counsel." *See Id.* (quoting *Turner v. American Bar Assn.*, 407 F. Supp. 451, 476 (N.D.Ind. 1975).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 20, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

Dated: April 20, 2011                           Respectfully submitted,

/s Andrew I. Glenn_____
Andrew I. Glenn, Esq.
E-mail:  Andrew@floridaovertimeattorneys.com
Florida Bar No. 577261
J. Dennis Card, Jr., Esq.
E-mail:  Dennis@floridaovertimeattorneys.com
Florida Bar No. 0487473
Card & Glenn, P.A.
2501 Hollywood Boulevard, Suite 100
Hollywood, Florida 33020
Telephone:  (954) 921-9994
Facsimile:   (954) 921-9553
Attorneys for Plaintiff

## SERVICE LIST

Waylon D. Hinson, Pro Se
Blueshore Recovery Systems, LLC
9101 Southern Pines Blvd.
Charlotte, NC 28273
Served via Regular U.S. Mail