**Blueshore Recovery Systems**

# Memo

**To:** US District Court, Southern District Of Florida

**From:** Waylon D. Hinson, Owner

**CC:** Andrew Glenn, Card & Glenn, PA

**Date:** 5/5/2011

**Re: Michael Manning vs Blueshore Recovery Systems, LLC   Case # 11-60585-CIV**

---

This memo is being sent along with a resubmission of our answer in response to plaintiffs compliant, and the recent order striking the answer as submitted.

Blueshore Recovery Systems, LLC is a sole member LLC, and has not sought to be treated as a separate entity by the IRS. Therefore it is treated as a sole proprietorship and is reported as such on my individual tax returns via schedule C. Blueshore is not a Corporation and therefore is not bound by any obligation to be represented by counsel.

As a sole proprietor, I am entitled to self represent, and as such, my Pro Se answer to the complaint is valid. I request this court enter our answer and move forward with the discovery process and establishment of a court date. I look forward to facing this matter before the court as Plaintiff attorneys are clearly attempting to extort settlement monies from me without having a valid claim. We have asked for proof to support their claim that defendant had previously paid the medical debt in question, yet Plaintiffs attorney refuses to release this information. They are trying to block this from moving forward, as they know they do not have a valid claim nor the documentation to prove their case. They are just looking to get me to send them money. I am filing a complaint with the State Bar Association in connection with their actions.

Thank you for your attention to this matter, and I trust that my explanation that I have a legitimate right to file Pro Se will allow you to enter our answer and move forward with this case.

Sincerely,

Waylon D. Hinson

1

## Other Orders/Judgments

0:11-cv-60585-KMM Manning v. Blueshore Recovery Systems, LLC

**U.S. District Court**

**Southern District of Florida**

### Notice of Electronic Filing

The following transaction was entered on 4/21/2011 at 10:58 AM EDT and filed on 4/21/2011
**Case Name:**          Manning v. Blueshore Recovery Systems, LLC
**Case Number:**        0:11-cv-60585-KMM
**Filer:**
**Document Number:** 10(No document attached)

**Docket Text:**
**PAPERLESS ORDER. THIS CAUSE came before the Court upon Plaintiff's Motion to Dismiss Defendant's Answer [9]. The Court construes this Motion as a Motion to Strike Defendant's Answer. It appears that the corporate Defendant is attempting to appear pro se. A corporation must be represented by counsel. Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385-86 (11th Cir. 1985). Therefore, the Motion [9] is GRANTED. Defendant's Answer [8] shall be STRICKEN, and Defendant shall file a new answer on or before May 9, 2011. Before a revised answer maybe filed, counsel must appear on behalf of corporate Defendant. The Clerk of the Court shall send a copy of this order to the corporate representative, Waylon D. Hinson, Blueshore Recovery Systems, LLC, 9101 Southern Pines Boulevard, Charlotte, North Carolina, 28273. Signed by Judge K. Michael Moore on 4/21/2011. (rg1)**

**0:11-cv-60585-KMM Notice has been electronically mailed to:**

Andrew Ira Glenn     andrew@floridaovertimeattorneys.com, kgonzalez@cardandglenn.com, mvazquez@cardandglenn.com

Jack Dennis Card , Jr    dennis@floridaovertimeattorneys.com

**0:11-cv-60585-KMM Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF FLORIDA

MICHAEL MANNING,

Plaintiff,

Vs.                                        Case No.: 11-60585-CIV

BLUEHSORE RECOVERY SYSTEMS, LLC,

Defendant

_____/

## ANSWER

Now comes Waylon D. Hinson, Pro Se, in response to the complaint filed against Blueshore Recovery, LLC as sole member, and responds as follows:

### COMPLAINT

1. Defendant denies any violation of the Fair Debt Collection Practices Act and that all Blueshore activities are conducted in good faith based on reasonable information provided by the company that hired us to perform collection activities.

### JURISDICTION

2. Defendant leaves plaintiff to his proofs.

3. Defendant denies any violation of Fair Debt Collection Act and leaves Plaintiff to his proofs.

4. Defendant agrees.

## PARTIES

5. Defendant agrees.

6. Defendant agrees.

7. Defendant agrees.

8. Defendant agrees.

9. Defendant agrees.

## ALLEGATIONS

10. Defendant leaves Plaintiff to his proofs.

11. Defendant leaves Plaintiff to his proofs.

12. Defendant leaves Plaintiff to his proofs.

13. Defendant leaves plaintiff to his proofs.

14. Defendant leaves Plaintiff to his proofs.

15. Defendant denies Plaintiffs allegation that they were not authorized to attempt to collect the debt.

## SUMMARY

16. Defendant denies allegations of improper collection activity and violations of the Fair Debt Collection Act.

## TRIAL BY JURY

17. Defendant agrees.

## CAUSES OF ACTION
## COUNT I

18. Defendant leaves Plaintiff to his proofs.

19. Defendant denies any omission or violation of the Fair Debt Collection Act and leaves Plaintiff to his proofs.

20. Defendant leaves Plaintiff to his proofs and denies Plaintiffs entitlement to attorney cost and fees.

## COUNT 2

21. Defendant leaves plaintiff to his proofs.

22. Defendant denies any improper or illegal collection activity and leaves plaintiff to his proofs.

## COUNTERCLAIM

1. Defendant files this counterclaim against Plaintiff for filing a frivolous law suit.

2. Plaintiff made no attempt to contact Defendant to request verification or authentication of the collection claim.

3. Plaintiff did not provide any documentation to verify that he had paid his medical bill in full.

4. Plaintiff went directly to an attorney and filed a suit in an attempt to obtain money under false pretense without taking steps to avoid litigation or to take steps to prove payment in full had been made on his account and avoid collection activity.

Wherefore, Defendant seeks to dismiss Plaintiff claims of action and seeks an award of judgment for costs and fees.

Dated: April 10, 2011

Respectfully Submitted,

Waylon D. Hinson, Pro Se

Blueshore Recovery Systems, LLC

9101 Southern Pines Blvd

Charlotte, NC 28273